158 A.3d 1226

**WESTFIELD INSURANCE COMPANY,**

v.

**ASTRA FOODS INC., Jose Noe Castillo Ramos, American Guarantee and Liability Insurance Company**

**Petition of: Astra Foods Inc.**

**No. 102 EAL 2016**

Supreme Court of Pennsylvania.

September 30, 2016.

## ORDER

PER CURIAM

**AND NOW**, this 30th day of September, 2016, the Petition for Allowance of Appeal is **DENIED.**

158 A.3d 1227

**EX REL Barbara BRYANT Foreign Estate, Non Resident Alien Foreign Neutral, in Propria Persona Sui Juris Inter Vivos, Petitioner**

v.

**Former Commissioner Clarena I. TOLSON and Current Frank Breslin, City of Philadelphia Department of Revenue**

**No. 127 EM 2016**

Supreme Court of Pennsylvania.

September 30, 2016

## ORDER

PER CURIAM

**AND NOW**, this 30th day of September, 2016, the Application for Extraordinary Relief is **DENIED.**